STATE OF CONNECTICUT *v.* WILLIAM WALKER

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 431 (AC 12481), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Dennis F. O'Toole,* assistant state's attorney, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided September 14, 1994

ALAN A. NERI ET AL. *v.* CARL A. NERI ET AL.

The defendant Carl A. Neri's petition for certification for appeal from the Appellate Court, 35 Conn. App. 812 (AC 12115), is denied.

*Wesley W. Horton,* in support of the petition.

*Robert C. Mirto* and *William F. Gallagher,* in opposition.

Decided September 14, 1994

HAYNES CONSTRUCTION COMPANY *v.* CASCELLA AND SON CONSTRUCTION, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 29 (AC 12636), is denied.

*Michele C. Lukban* and *Donald Gaudreau,* in support of the petition.

Decided September 14, 1994